IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>WILFREDO TORRES-MELENDEZ<br>Defendant | CRIMINAL 13-0096CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 22, 2013 (**docket entry 7**) on a Rule 11 proceeding of defendant Wilfredo Torres-Meléndez held before U.S. Magistrate Judge Bruce J. McGiverin on February 15, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement until it has reviewed defendant's Presentence Report, as allowed by Fed. R. Crim. P. 11(c)(3)(A). The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 15, 2013. The **sentencing hearing is set for May 23, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 18, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge